ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------
Avraham Levi,

                Plaintiff,

-against-

THE STATE OF NEW YORK;
SUPREME COURT COUNTY OF KINGS,
OFFICE OF COURT ADMINISTATION
Judge MICHAEL A. AMBROSIO,
Formally an Acting Supreme Court
Judge, individually and in his
Official capacity, and
Sigal "Shavit" Levi, individually,
Jointly and severally, and all others
Summarily situated,

                Defendants.
-------------------------------------

Docket Number # CV10-3980

(S.D)MT   COMPLAINT AND

DEMAND FOR JURY TRIAL

GLEESON, J.

MANN, M.J.

Plaintiff **Avraham Levi**, complaining of defendants, respectfully allege as follows:

### PRELIMINARY STATEMENT

1. Plaintiff bring this action for compensatory damages, punitive damages, and attorneys' fees pursuant to 42 USC §§ 1983 and 1988 for violations of his civil rights, as said rights are secured by said statutes and the Constitution of the United States and the State of New York, and under the Equal Protection under the law.

### JURISDICTION

2. This action is brought pursuant to 42 USC §§ 1983 and 1988 and the First, Fourth, Fifth, and Fourteenth Amendments to the United States Constitution.

3. Jurisdiction is founded upon 28 U.S.C. §§ 1331 and 1343,

### VENUE

4. Venue is properly laid in the Eastern District of New York under 28 USC § 1391(b) in that this is the District in which the claims arose.

### JURY DEMAND



RECEIVED
AUG 3 1 2010
PRO SE OFFICE

1

5. Plaintiff respectfully demands a trial by jury of all issues in this matter pursuant to Fed. R. Civ. P. 38(b).

## PARTIES

6. Plaintiff, **Avraham Levi** is a Jewish male, a citizen of the United States, mailing address at 1865 McDonald Ave, Brooklyn, NY 11223 and at all relevant times a resident of the City and State of New York.

7. **THE STATE OF NEW YORK,** attorney's address is located at 120 Broadway, New York, N.Y. 10271, (212)416-8000. Defendants have allowed laws to exist that discriminate against men in the court system, when dealing with family matters. Their procedures, policies and practices favor women more so then men.

8. **THE SUPREME COURT COUNTY OF KINGS,** located at 360 Adams Street, Brooklyn, New York, 11201, has failed to train and properly supervise their agents in the fairness of equal treatment of men under the law and has knowingly refused to change their policies.

9. **THE OFFICE OF COURT ADMINISTATION,** located at 25 Beaver Street, New York, N.Y. 10004-2982, (212) 428-2500, has failed to train and properly supervise their agents in the fairness of equal treatment of men under the law and has knowingly refused to change their policies.

10. **Judge MICHAEL A. AMBRIOSO, Formally an Acting Supreme Court Judge, Now Family court Judge, individually and in his Official capacity,** located 330 Jay Street (8 Floor), Brooklyn, New York 11201 (347) 401-9813, has denied due process of law, shown favoritism and extreme prejudice towards plaintiff, and has inputted his own option in the place of real facts, while on the bench, and has altered the courtroom transcripts.

11. **Sigal "Shavit" Levi, individually,** has used the system to entitle herself to property not her own, and has never been required to submit financials or verify her income, and used perjury to get court order's of protection.

12. Defendants were each and all responsible, in whole and/or in part, for the planning for and/or creation, promulgation, implementation, and/or enforcement of the unconstitutional policies, practices and/or customs complained of herein, and/or condoned, acquiesced in, adopted, and/or approved of the same,

2

through their acts and/or failures to act, as set forth more fully below.

13. Each individual defendant is sued in their individual and official capacities.

14. At all times relevant herein, defendants were each and all personally involved in depriving plaintiff of his rights and in implementing the unconstitutional policies, practices, customs and/or conduct complained of herein.

15. At all times relevant herein, as set forth more fully below, defendant NYS has de facto policies, practices, customs and usages of failing properly to train, screen, supervise, and discipline agents, employees, and court personal, and failing to inform the individual defendants and their supervisors of their need to train, screen, supervise or discipline said defendants, which were a direct and proximate cause of the unconstitutional conduct alleged herein.

16. At all times relevant herein, defendants, either personally or through their employees, were acting under color of state law and/or in compliance with the official rules, regulations, laws, statutes, customs, usages and/or practices of the State of New York.

17. Each and all of the acts of defendants alleged herein were done by said defendants while acting within the scope of and in furtherance of their employment by defendant THE STATE OF NEW YORK and its agencies.

## FACTS

18. On or about October 21, 2001, plaintiff commenced an action for divorce and the State court had many different delays. First the court declared a mistrial. In the matter of the People v. Garson, I was told to plea guilty in the case of briery, after serving time and paying my debt to society. I attempted to continue to pursue my claim in the State Supreme court for justice and my fair share of my property. I was treated unfairly, because the courts believe I was responsible for Judge Garson going to jail, (I was not the cause, the court system was corrupted from within). The State of New York has a policy of unfairly favoring women in matrimonial proceedings;

    (a)   Giving women "Court Orders of Protection" without proof of any danger.

3

(b)   Not allowing men to get all of their property when there's an "Order of protection" issued by the court's (the man can only take what the woman allows).

(c)   Court's almost always give custody to the mother,

(d)   Court's force men to pay unrealistic amounts of child support/maintenance in most cases taking from SSI (Social Security Insurance, SSD (Social Security Disability), Unemployment and/or PA Benefits (Public Assistance),

19. The defendants have a "Status Quo" that unfairly raises the bar for men to get equal protection under the law, that most men can't get justice in the court system as it currently stands today.

20. Most women learn very quickly how to manipulate the system. Using the court to take away a man's livelihood and right to due process of law, and denying men to the right to the equal protection under the law. The women use;

(a)   False allegations of abuse (physical, verbal, or sexual),

(b)   False allegations of sexual abuse against the child(ren), and,

(c)   Allegations that the man is hiding money or has other income.

21. The Court's willingly become co-conspirators with the women, to pursue any and all asset of the man, and very seldom do the courts question the credibility of the woman.

22. FIRST CLAIM FOR RELIEF, DEPRIVATION OF PLAINTIFFS' RIGHTS UNDER THE UNITED STATES CONSTITUTION AND 42 U.S.C. § 1983

23. SECOND CLAIM FOR RELIEF, ABUSE OF PROCESS

24. THIRD CLAIM FOR RELIEF DENIAL OF CONSTITUTIONAL RIGHTS TO FAIR TRIAL

25. Plaintiff restate and reallege the allegations contained in ¶¶ 1 through 24 above as if fully set forth hereat and incorporate them by reference.

26. Defendants therefore violated plaintiffs' constitutional rights to fair trial under the Fifth and Fourteenth Amendments to the United States Constitution.

27. FOURTH CLAIM FOR RELIEF DENIAL OF DUE PROCESS RIGHTS

4

28. Plaintiff restate and reallege the allegations contained in ¶¶ 1 through 27 above as if fully set forth hereat and incorporate them by reference.

29. Defendants selectively targeted against plaintiff, and others similarly situated, and defendants were invidiously discriminatory, malicious, purposeful, and/or arbitrary and capricious in their enforcement.

30. The courts have a duty to treat all litigants fairly, regardless of their gender.

31. The Kings County court system was so out of control before and now after the arrest of former Judge Gerald Garson, the Appellate Division: Second Department, refused to rehear case's that Judge Garson handled. Upon information and Belief, It's stated in the news that "It would overload Load the system".

32. Plaintiff believes that the court system is incapable of Of policing itself, and that to this day their customs, policies and practices' are discriminatory and unfair towards men when dealing with Matrimonial issues.

33. Plaintiff restate and reallege the allegations contained in ¶¶ 1 through 32 above as if fully set forth hereat and incorporate them by reference.

Plaintiff believes his complaint has merit and should not be dismiss.

34. In the past 7 years well over 15 public officials have been indicted and/or arrested for misconduct while in office.

35. As a result of the foregoing, plaintiff is entitled to compensatory damages in a sum to be determent by a jury.

**WHEREFORE,** plaintiff demands the following relief jointly and severally against all of the defendants:

A. Judgment for compensatory damages and punitive damages;
B. An award of attorneys' fees and costs and disbursements; and
C. Other such relief as this Court may deem just and proper.

   I hereby affirm and state, pursuant to the penalties of perjury under the laws of the United States, and by the provisions of 28 USC §1746, that all the above and foregoing representations are

5

true and correct to the best of my knowledge, information, and belief.

Executed at Brooklyn, New York, this 31st day of August 2010.


**DATED: Brooklyn, NEW YORK**
**        Tuesday, August 31, 2010**


**RESPECTFULLY SUBMITTED,**

**Avarham Levi, Pro Se**
1865 McDonald Ave.
Brooklyn, NY 11223
(917) 687-7476